# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Darnell Vincent McPeters | Case No. 08-0379 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Darnell Vincent McPeters__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

The defendant shall be temporarily removed from home detention and electronic monitoring from December 23, 2008, to December 27, 2008, to allow him to accompany his family to the residence of his mother-in-law in Pomona, California.. He is to be accompanied by his third party custodian during the trip.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Darnell McPeters_  12-16-08            _Montgomery L. Olson_  12-16-08
Signature of Defendant   Date            Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar for Marlene Cobar_        12-16-08
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                            12-16-08
Signature of Defense Counsel              Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __12/16/08__.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                            12/16/08
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services