# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAR 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 08-0379 |
| Darnell McPeters | ) | |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Darnell McPeters_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove condition number 7q, and replace it with the following: You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 9 pm to 7 am, or as directed by the Pretrial Services Officer. All previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Darnell McPeters_    3-10-09      _[signature]_    3-10-09
Signature of Defendant    Date      Pretrial Services Officer    Date
Darnell McPeters      Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_      3/11/09
Signature of Assistant United States Attorney    Date
Marlon Cobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_      03/10/09
Signature of Defense Counsel    Date
Robert D. Wilkinson

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on 3/13/09
☐ The above modification of conditions of release is *not* ordered.

_[signature]_      3/13/09
Signature of Judicial Officer    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services