Robert D. Wilkinson    #100478
**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant DARNELL V. McPETERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DARNELL V. McPETERS, et al.  Defendants. | Case No. 1:08-CR-00379 OWW  **STIPULATION AND [PROPOSED] ORDER TO TRAVEL TO GREAT AMERICA** |

**IT IS HEREBY STIPULATED** between the Defendant DARNELL McPETERS, by and through his attorney of record, Robert D. Wilkinson, and Plaintiff, by and through Assistant United States Attorney, Marlon Cobar, that the Court allow the Defendant to travel to Great America in San Jose, California, to celebrate his wedding anniversary from May 2, 2009 to May 3, 2009.

Pretrial services has agreed to this stipulation, as well, and has agreed to extend the defendant's curfew during this time period. Mr. McPeters will still need to submit all travel arrangements to the Pretrial office prior to his departure and shall notify them immediately upon his return. All other conditions of release shall remain in effect.

Respectfully submitted,

DATED: April 23, 2009.              /s/ Robert D. Wilkinson
                                    Robert D. Wilkinson
                                    Attorneys for Defendant DARNELL
                                    McPETERS

DATED:   April 23, 2009.         /s/ Marlon Cobar
                                 Marlon Cobar
                                 Assistant United States Attorney

## ORDER

**IT IS SO ORDERED**: Good cause having been shown, it is hereby ordered that the Defendant DARNELL McPETERS be allowed to leave the Eastern District of California to travel to Great America from May 2, 2009 to May 3, 2009.

IT IS SO ORDERED.

**Dated:   April 23, 2009**              /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE