Robert D. Wilkinson          #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant DARNELL V. McPETERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DARNELL V. McPETERS, et al.<br><br>　　　　　　Defendants. | Case No. 1:08-CR-00379 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER THEREON**<br><br>DATE:　　　August 24, 2009<br>TIME:　　　9:00 a.m.<br>COURTROOM:　3<br>JUDGE:　　Hon. Oliver W. Wanger |

WHEREAS counsel for Defendant DARNELL V. McPETERS is unavailable to meet with the assigned Probation Officer and Mr. McPETERS so that the Probation Officer has sufficient time to prepare the draft Advisory Guideline Presentence Investigation Report under the current schedule:

THE PARTIES HEREBY STIPULATE, by and through their authorized counsel, that the Sentencing Hearing for Defendant DARNELL V. McPETERS shall be continued from

///

///

///

///

August 24, 2009, at 9:00 a.m., to September 14, 2009, at 9:00 a.m., or another date and time thereafter at the convenience of the Court.

Respectfully submitted,

DATED:   June 29, 2009.                    /s/ Robert D. Wilkinson
                                           Robert D. Wilkinson
                                           Attorneys for Defendant DARNELL McPETERS


DATED:   June 29, 2009.                    /s/ Marlon Cobar
                                           Marlon Cobar
                                           Assistant United States Attorney


### **ORDER**

Good cause appearing therefor, THE COURT HEREBY ORDERS that the Sentencing Hearing in this matter shall be continued from August 24, 2009, at 9:00 a.m., to September 14, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 29, 2009**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE